IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LEON FRENKEL, | Civil Action |
| Plaintiff, | No. 8:15-mc-00029-CEH-MAP |
| v. | |
| BRUCE K. KLEIN and VICTORY PARTNERS, LLC, | |
| Defendants. | |

### GARNISHEE'S ANSWER TO INTERROGATORIES

The Garnishee, **First Federal Bank of Florida**, by way of Answer to Interrogatories to Garnishee filed by the Plaintiff in this cause, states as follows:

With regard to Interrogatories No. 1 through No. 8, inclusive, the Garnishee, **First Federal Bank of Florida**, has no knowledge as to the Defendants, **Bruce K. Klein and/or Victory Partners, LLC**. Garnishee did not at the time of service of the Interrogatories to Garnishee, nor at any preceding or subsequent time, hold any funds on deposit owned by the Defendants, or either of them, or have in its possession any other property owned, or claimed to be owned, by the Defendants.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Mail to Gerard M. McCabe, Esquire, Attorney for Plaintiff, Mitts Law, LLC,

1822 Spruce Street, Philadelphia, Pennsylvania 19103, this 26th day of March, 2015.

                        **First Federal Bank of Florida**

                        By: *Pam Hitt*

                        Pam Hitt, Exec. Sr. Vice Pres. & COO
                        PO Box 2029
                        Lake City, FL  32056
                        Telephone: 386-755-0600